# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER VALENCIA,

       Plaintiff,

vs.                                       No. CV 17-00509 RB/SCY

THE BOARD OF REGENTS, University
of New Mexico, ROBERT FRANK, in his individual
capacity, CHAOUKI ABDALLAH, in his individual
capacity, CAROL PARKER, in her individual capacity,
MARK PECENY, in his individual capacity, LES
FIELD, in his individual capacity, RONDA
BRULOTTE, ERIN DEBENPORT, LINDSAY
SMITH, FRANCIE CORDOVA, in her individual
capacity, LAURA LYNN BUCHS, in her individual
capacity, HEATHER COWAN, in her individual capacity,
AARON JIM, in his individual capacity, ALEXANDRA
TACEA, KAYLA AHMED, DANIELLE KABELLA,
JOE SCEARCE, LAURA MORRIS, JULIA FULGHUM,
in her individual capacity, ALBERT SENA, DENNIS
OLGUIN, and SARAH LEISTER,

       Defendants.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Plaintiff Christopher Valencia's Unopposed Motion to File First Amended Complaint. Because Mr. Valencia did not comply with the Local Rules of Civil Procedure, *see* D.N.M. LR-Civ. 15.1, the Court **DENIES** Mr. Valencia's Unopposed Motion to File First Amended Complaint.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**